IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PATRICIA CRUMLEY, Individually and as Executor of the Estate of ROBERT L. CRUMLEY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | : <br> : <br> : CIVIL ACTION NO.: 5:10CV143(CAR) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1) and with the consent of all parties, Plaintiff hereby dismisses with prejudice her Complaint. Pursuant to the parties' settlement agreement, all parties shall bear their own costs and attorneys' fees.

This 23rd day of February, 2011.

/s/ D. James Jordan
**D. JAMES JORDAN**
Georgia Bar No. 404465
/s/ Virgil L. Adams
**VIRGIL L. ADAMS**
Georgia Bar No. 004625

ADAMS & JORDAN, P.C.
Suite 1250, Fickling & Co. Building
577 Mulberry Street
P.O. Box 928
Macon, GA  31202-0928
(478) 743-2159

[SIGNATURES CONTINUED ON NEXT PAGE]

**SIGNATURE PAGE (CONTINUED)**
**STIPULATION OF DISMISSAL**
**CIVIL ACTION NO. 5:10cv143CAR**

/s/ Thomas H. Hinson, II_____
**THOMAS H. HINSON, II**
Georgia Bar No. 356850

Westmoreland, Patterson, Moseley & Hinson, LLP
577 Mulberry Street, Suite 600
P.O. Box 1797
Macon, GA  31202-1797
(478) 845-1742

**ATTORNEYS FOR PLAINTIFFS**

/s/ William David Gifford_____
**WILLIAM DAVID GIFFORD**
Georgia Bar No.:  293239

U.S. Attorney Office
P.O. Box 1702
Macon, GA  31202-1702
(478) 621-2729

**ATTORNEY FOR DEFENDANT**